RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for OCTAVIO MENDOZA, JR.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00048-HDM |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |
| v. | |
| OCTAVIO MENDOZA, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for OCTAVIO MENDOZA, JR. and CHRISTOPHER CHIOU, Acting United States Attorney, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for August 24, 2021, at 10:00 AM, be vacated and continued to September 14, 2021, at 10:30 AM.

/ / /

/ / /

1

2   The continuance is necessary for the following reasons:

3   1.    This is a joint request by counsel for the Government and counsel for the

4   Defendant, Mr. Mendoza.

5

6   2.    The additional time requested by this Stipulation is reasonable pursuant to

7   Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause,

8   change any time limits prescribed in this rule."

9

10  3.    Both counsel request this additional time in order to allow adequate time to

11  research sentencing issues and to prepare for the sentencing hearing.

12  4.    Mr. Mendoza is detained and agrees to the continuance. Specifically, Mr.

13  Mendoza was informed that the continuance will allow defense counsel to continue to gather

14  documents in support of the hearing and provide continuity of counsel.

15  5.    This is the first request for continuance of the sentencing hearing.

16
17  DATED this 27th day of July, 2021.

18  RENE L. VALLADARES               CHRISTOPHER CHIOU
    Federal Public Defender          Acting United States Attorney
19

20  By /s/ Kate Berry                By   /s Andolyn Johnson
       KATE BERRY                         ANDOLYN JOHNSON
21     Assistant Federal Public Defender  Assistant United States Attorney
       Counsel for                        Counsel for the Government
22     OCTAVIO MENDOZA, JR.

23

24

25

26

2

1

## **ORDER**

2    Based on the Stipulation of counsel, and good cause appearing,

3    **IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August

4

5  24, 2021, at 10:00 AM, is vacated and continued to **September 14, 2021, at 10:30 AM** in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO  ORDERED**.

6

7    DATED this __28th__ day of July, 2021.

8

9

10  _____
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3